# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

QUINCY O'NEAL GREEN,                                                                    PETITIONER
Reg. # 12125-002

v.                                             2:11-cv-00063-JJV

T. C. OUTLAW,                                                                          RESPONDENT
Warden, FCI- Forrest City

## ORDER

On July 18, 2011, this Court issued a Proposed Findings and Recommended Disposition recommending to United States District Judge Susan Webber Wright that Mr. Green's case be dismissed with prejudice. (Doc. No. 9). On July 25, 2011, this Court received a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Consent Form) signed by both parties. (Doc. No. 11). By virtue of this signed Consent form, the jurisdiction to adjudicate this case lies solely with the undersigned. Accordingly, the Court hereby incorporates all the findings in the Proposed Findings and Recommended Disposition and DISMISSES Mr. Green's case with prejudice. A Judgment will be entered this day.

SO ORDERED this 5th day of August, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE