**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

QUINCY O'NEAL GREEN,                                                                    PETITIONER
Reg. # 12125-002

v.                                               2:11-cv-00063-JJV

T. C. OUTLAW,                                                                           RESPONDENT
Warden, FCI- Forrest City

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 5th day of August, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE